UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| LMT Lewis Machine & Tool Co., d/b/a | ) | |
| LMT Defense, an Illinois Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No.: | |
| | ) | |
| IMS Supply d/b/a Big Tex Ordnance and | ) | |
| Ike Stephens, | ) | |
| | ) | |
| Defendants. | ) | |

## **COMPLAINT FOR BREACH OF SETTLEMENT AGREEMENT**

Plaintiff, LMT Lewis Machine & Tool Co. d/b/a LMT Defense ("LMT Defense"), by and through its undersigned counsel, Kilpatrick Townsend & Stockton LLP and Whitfield & Eddy, P.L.C. for its Complaint for Breach of Settlement Agreement against Defendants, IMS Supply, LLC d/b/a Big Tex Ordnance ("Big Tex"), and Ike Stephens ("Stephens"), states as follows:

## **NATURE OF THE ACTION**

1.      LMT Defense is firearms and armaments manufacturer. In or around August to October 2024, LMT Defense sold numerous shipments of its products to Big Tex, for which Big Tex failed to make full payment.

2.      After LMT Defense made demand on Big Tex and its president Ike Stephens, in an effort to avoid litigation, the parties entered into a Settlement Agreement with an effective date of February 14, 2025 (the "Settlement Agreement").

3.      Thereafter, Big Tex and Stephens breached the terms of the Settlement Agreement.

4.      LMT Defense now seeks to enforce the Settlement Agreement, including monetary and other relief against Big Tex and Stephens as a result of the aforementioned conduct.

## THE PARTIES

5.      Lewis Machine & Tool Co. d/b/a LMT Defense is an Illinois corporation with its principal place of business located at 1600 East Leonard Center, Eldridge, Iowa 52748.

6.      IMS Supply, LLC d/b/a Big Tex Ordnance is a Texas limited liability company with its principal place of business located at 13921 Highway 105 W PMB 251, Conroe, Texas 77304. Stephens is the sole member and manager of Big Tex.

7.      Ike Stephens is domiciled in Texas with a primary residence located at 326 Skipper Lane, Montgomery, Texas 77316. In addition to being the sole member and manager, Stephens is the owner and President of Big Tex.

## JURISDICTION AND VENUE

8.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00.

9.      Venue is proper in this Court because a substantial part of the events or omissions giving rise to the claim occurred in the Southern District of Iowa and, furthermore, because the parties expressly agreed to the Southern District of Iowa as the exclusive forum for any dispute arising out of the agreement described herein. Ex. A, *infra*, at ¶ 13.

## FACTUAL BACKGROUND

10.      On or about February 14, 2025, LMT Defense, on the one hand, and Big Tex and Stephens, on the other hand, entered into a Settlement Agreement whereby Big Tex agreed to pay the total sum of $239,415.96, plus annual interest at 10.5%, to LMT Defense in settlement of the underlying contract claims asserted against Big Tex. A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A.

11.    Pursuant Paragraph 2(a) of the Settlement Agreement, Big Tex was to make weekly payments of $4,854.74, which included the 10.5% interest, in accordance with the amortization schedule shown in Appendix A of the Settlement Agreement, commencing on February 17, 2025. Ex. A, ¶ 2(a); Appx. A.

12.    Pursuant to Paragraph 2(b) of the Settlement Agreement, upon written notice to Stephens of a missed payment, Big Tex was entitled to a cure period of five business days. Ex. A, ¶ 2(b). Failure to cure within the cure period would be deemed a material breach of the Settlement Agreement. Ex. A, ¶ 2(b).

13.    Stephens executed a Payment Guaranty whereby, in the event of material breach by Big Tex, Stephens unconditionally and irrevocably guaranteed to pay and perform the Settlement Agreement. Ex. A, ¶ 2(c).

14.    Pursuant to Paragraph 2(d) of the Settlement Agreement, in the event of Big Tex's breach of the Settlement Agreement and Stephens' breach of the Payment Guaranty, LMT Defense is entitled to enter Stipulations to Judgment making Big Tex and Stephens jointly liable for the amount of $239,415.96, plus interest at 10.5% *per annum* as depicted in the amortization schedule, less any settlement payments made prior to the time of breach. Ex. A, ¶ 2(d); Appendices. B-1 and B-2 to the Settlement Agreement.

15.    Big Tex missed the scheduled payment due on April 7, 2025. LMT Defense gave written notice of the missed payment to Big Tex on April 8, 2025.

16.    Big Tex missed the scheduled payment April 14, 2025. LMT Defense gave written notice of the second missed payment (that there were now two payments past due) on April 16, 2025.

17.     Big Tex missed the scheduled payment on April 21, 2025. LMT Defense gave written notice of the third missed payment (that there were now three payments past due) on April 23, 2025.

18.     On April 30, 2025, Big Tex made one of the three missed payments. The April 14 and April 21 payments are still outstanding and the cure period for those payments has long expired.

19.     As a result of the foregoing, Big Tex paid only $43.692.66 before breach.

20.     Despite being a guarantor pursuant to the Payment Guaranty, Stephens has made no payments to LMT Defense since Big Tex's breach.

### Count I: Breach of Contract (against Big Tex)

21.     LMT Defense realleges and incorporates the allegations in Paragraphs 1 through 20 as if fully set forth herein.

22.     The Settlement Agreement is a valid and enforceable contract.

23.     LMT Defense has complied with the terms of the Settlement Agreement.

24.     Big Tex breached the terms of the Settlement Agreement by failing to make timely payments thereunder.

25.     LMT Defense is entitled to the entry of the Stipulation to Judgment against Big Tex. *See* Appx. B-1 to Settlement Agreement.

26.     Pursuant to the Stipulation to Judgment, LMT Defense is entitled to $239,415.96 plus 10.5% interest as depicted in the amortization schedule, less the $43,692.66 paid prior to breach, for a total amount of $208,753.82.

27.     LMT Defense is also entitled to its attorneys' fees, costs, and expenses. *See* Ex. A, ¶ 2(e).

WHEREFORE, Plaintiff, LMT Defense, respectfully requests that this Court (i) enter the Stipulation to Judgment against Defendant, Big Tex, in the amount of $208,753.82, plus interest, costs and attorneys' fees; and (ii) grant such other and further relief as this Court deems equitable and just.

### Count II: Breach of Guaranty (against Stephens)

28.    LMT Defense realleges and incorporates the allegations in Paragraphs 1 through 20 as if fully set forth herein.

29.    The Settlement Agreement, including the Payment Guaranty incorporated as Paragraph 2(c) therein, is a valid and enforceable contract.

30.    LMT Defense has complied with the terms of the Settlement Agreement and Payment Guaranty.

31.    Stephens breached the terms of the Settlement Agreement and Payment Guaranty by failing to pay the amounts owed by Big Tex following Big Tex's material breach.

32.    LMT Defense is entitled to the entry of the Stipulation to Judgment against Stephens. *See* Appx. B-2 to Settlement Agreement.

33.    Pursuant to the Stipulation to Judgment, LMT Defense is entitled to $239,415.96 plus 10.5% interest as depicted in the amortization schedule, less the $43,692.66 paid prior to breach, for a total amount of $208,753.82

34.    LMT Defense is also entitled to its attorneys' fees, costs, and expenses. *See* Ex. A, ¶ 2(e).

WHEREFORE, Plaintiff, LMT Defense, respectfully requests that this Court (i) enter the Stipulation to Judgment against Defendant, Big Tex, in the amount of $208,753.82, plus interest,

costs and attorneys' fees; and (ii) grant such other and further relief as this Court deems equitable

and just.

<div style="display: flex;">
<div style="width: 50%;">

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was filed
on May 28, 2025 by CM/ECF.

*/s/xIsabelle Norton*
Copy to:

</div>
<div style="width: 50%;">

WHITFIELD & EDDY, P.L.C.

By: */s/ Sean M. Corpstein*
      Sean M. Corpstein   AT0012659

      699 Walnut Street, Suite 2000
      Des Moines, IA 50309
      Telephone (515) 288-6041
      Fax: (515) 246-1474
      corpstein@whitfieldlaw.com

KILPATRICK TOWNSEND &
STOCKTON, LLP
*Pro Hac Vice Pending*

By: */s/ Eric S. Rein*
      Eric S. Rein

By: */s/ Joseph E.M. Franke*
      Joseph E.M. Franke

      500 West Madison Street, Suite 3700
      Chicago, IL  60661
      Telephone: (312) 606-3219
      rrein@ktslaw.com
      jfranke@ktslaw.com

ATTORNEYS FOR LMT Lewis Machine &
Tool Co., d/b/a LMT Defense, Plaintiff.

</div>
</div>