IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LMT Lewis Machine & Tool Co., d/b/a LMT Defense, an Illinois corporation,<br><br>  Plaintiff,<br><br>v.<br><br>IMS Supply d/b/a Big Tex Ordnance and Ike Stephens,<br><br>  Defendants. | Case No. 3:25-cv-00062-RGE-SBJ<br><br>Corporate Disclosure/Statement of Interest |

As required by LR 7.1 and LR 81.c, d, and .e, in this case, Defendant IMS Supply d/b/a Big Tex Ordnance provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Defendant IMS Supply d/b/a Big Tex Ordnance as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant IMS Supply d/b/a Big Tex Ordnance's outcome in the case:

  None.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

  N/A


  DATED:  July 9, 2025.

  /s/ Scott L. Long
Scott L. Long, AT0004881
Law Office of Scott L. Long, P.C.
541 31st Street, Suite A
Des Moines, Iowa  50312
Phone:  (515) 279-2052
Facsimile:  (515) 279-2072
Email:  sll@longgilliam.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of July, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, pursuant to Local Rule 5A(k)(1), will send a notice of electronic filing to the following:

Sean M. Corpstein
Whitfield & Eddy, PLC
699 Walnut Street, Suite 2000
Des Moines, IA  50309
Email:  corpstein@whitfieldlaw.com

ATTORNEY FOR PLAINTIFF

Eric S. Rein
Joseph E.M. Franke
Kilpatrick Townsend & Stockton, LLP
500 West Madison Street, Suite 3700
Chicago, IL  60661
Email:  rrein@ktslaw.com
         jfranke@ktslaw.com

ATTORNEYS FOR PLAINTIFF

                                                          _____/s/ Scott L. Long_____