IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LEWIS MACHING & TOOL CO., d/b/a LMT DEFENSE, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMS SUPPLY d/b/a BIG TEXT ORDNANCE and IKE STEPHENS,<br><br>Defendants. | CASE NO. 3:25-cv-00062-RGE-SBJ<br><br><br>**PLAINTIFF'S FEDERAL RULE 7.1 AND LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff, Lewis Machine & Tool Co. d/b/a LMT Defense ("LMT Defense"), by and through its undersigned counsel, Kilpatrick Townsend & Stockton LLP and Whitfield & Eddy, P.L.C., provides its Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 Corporate Disclosure Statement.

1.   LMT Defense has no parent corporation and no publicly held corporation owns 10% or more of LMT Defense's stock.

2.   LMT Defense has two subsidiaries: KHL Holding Co. and LMT Europe. Neither KHL Holding Co. nor LMT Europe has a direct correlation with commercial sales in the United States. No other entity has a direct or indirect pecuniary interest in LMT Defense's outcome of the case.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on August 1, 2025 by CM/ECF.

/s/  Isabelle Norton

Copy to:

WHITFIELD & EDDY, P.L.C.

By:  /s/ *Sean M. Corpstein*
     Sean M. Corpstein   AT0012659

699 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone (515) 288-6041
Fax: (515) 246-1474

<div style="display: flex;">

<div>
Scott L Long  
LONG & GILLIAM  
541 31ST STREET  
SUITE A  
DES MOINES, IA 50312  
515-279-2052  
Fax: 515-279-2072  
Email: sll@longgilliam.com  

ATTORNEY FOR DEFENDANT
</div>

<div>
corpstein@whitfieldlaw.com

KILPATRICK TOWNSEND & STOCKTON LLP

Eric S. Rein (rrein@ktslaw.com)  
Joseph E.M. Franke (jfranke@ktslaw.com)  
500 West Madison Street, Suite 3700  
Chicago, IL  60661  
(312) 606-3219

ATTORNEYS FOR LEWIS MACHING & TOOL CO., d/b/a LMT DEFENSE
</div>

</div>