IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| LMT LEWIS MACHINE & TOOL CO., <br><br> Plaintiff, <br><br> v. <br><br> IMS SUPPLY and IKE STEPHENS, <br><br> Defendants. | No. 3:25-cv-00062-RGE-SBJ <br><br> ORDER |

Plaintiff LMT Lewis Machine & Tool Co. sues Defendants IMS Supply and Ike Stephens for breach of guaranty. Compl., ECF No. 1. Now before the Court is LMT Lewis Machine's Motion for Judgment on the Pleadings and Motion for Entry of Judgment. Pl.'s Mot. J. Pleadings, ECF No. 14; Pl.'s Mot. Entry J., ECF No. 20. Defendants do not resist LMT Lewis Machine's Motion for Judgment on the Pleadings. Defs.' Notice of Nonresist. Pl.'s Mot. J. Pleadings, ECF No. 18. Defendants did not respond to LMT Lewis Machine's Motion for Entry of Judgment.

For the reasons stated in the materials, the Court grants LMT Lewis Machine's motions.

**IT IS ORDERED** that Plaintiff LMT Lewis Machine & Tool Co.'s Motion for Judgment on the Pleadings, ECF No. 14, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff LMT Lewis Machine & Tool Co.'s Motion for Entry of Judgment, ECF No. 20, is **GRANTED**. The Clerk of Court is ordered to enter judgment against Defendants IMS Supply and Ike Stephens and in favor of Plaintiff LMT Lewis Machine & Tool Co. in the amount of $208,753.82, plus attorneys' fees, costs, and expenses in the amount of $26,566.00, for a total judgment amount of $235,319.82.

**IT IS SO ORDERED**.

Dated this 3rd day of October, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE