# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

LMT LEWIS MACHINE & TOOL CO.,

                                 **CIVIL NO.: 3:25-cv-00062-RGE-SBJ**

      Plaintiff,

v.                                        **JUDGMENT IN A CIVIL CASE**

IMS SUPPLY and IKE STEPHENS,

      Defendants.

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order [21], the case is dismissed. Judgment is entered in favor of the Plaintiff and against the Defendants in the amount of $208,753.82, plus attorneys' fees, costs, and expenses in the amount of $26,566.00, for a total judgment amount of $235,319.82.

Date: October 3, 2025

                                                    CLERK, U.S. DISTRICT COURT

                                                    /s/ Kandy Sands
                                                    _____
                                                    By: Deputy Clerk